23CV22066

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

LEVORY HICKMON (Cell J2207, ET. AL.,)
(Write the full name of the plaintiff)

vs.

C.I.A. OPERATIVE L. MEYERS,, (Cell J206
C.I.A. AGENT R. GARCIA-ORTIZ,
C.I.A. AGENT A. ORTIZ,
C.I.A. AGENT O. VELASQUEZ, ET. AL.,)
(Write the full name of the defendant/s in this case)

FILED BY _____ D.C.
JUN 27 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Legal Mail Received JUN 2 1 2023

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. Party Information

A. Plaintiff: LEVORY HICKMON

Address: _____

Inmate/Prison No.: 746479

Year of Birth: 1966 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: R. ORTIZ          Defendant: A. ORTIZ

Official Position: C.I.A. AGENT    Official Position: C.I.A. AGENT

Place of Employment: C.I.A.        Place of Employment: C.I.A.

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

THE ABOVED NAMED DEFENDANTS EACH PARTICIPATED IN TACIT AGREEMENTS TO DRUG AND RAPE PLAINTIFF LEVOY X FROM MARCH 2023 UNTIL THIS PRESENT DAY WHICH INVOLVES OVER 25 RAPINGS AFTER DRUGGINGS... IN J DORM AT DADE C.I. AND 2 ATTEMPTS TO MURDER PLAINTIFF LEVOY X AS ALL ABOVE NAMED AGENTS/DEFENDANTS ARE HISPANICS AND HAVE MADE NUMEROUS "DEATH THREATS" AGAINST FAMILY OF PLAINTIFF, etc

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

THE PLAINTIFF LEVOY X SEEKS THAT COURT HAVE NAMED DEFENDANTS CRIMINALLY PROSECUTED/ CHARGED with MULTIPLE COUNTS OF RAPE/ OR ACCESSORY TO SEXUAL BATTERY AND ALSO ASSIGN A MEDIATOR TO ASSIST IN NEGOTIATIONS AND POSSIBLE MUTUAL AGREEMENTS ON TERMS FOR SETTLEMENTS ... REPARATIONS AND RESTITUTIONS ... etc

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?  ☑ Yes  ___ No

Signed this _____ day of _____, 20___

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:_____

_____
Signature of Plaintiff

## NOTARIZED SWORN OATH

LEVORY HICKMON #746479 SWORE BEFORE ME THAT ALL STATEMENTS AND FACTS ARE TRUE, UNDER PENALTY OF PERJURY, AND THAT HE IS WILLING TO DO THE SAME IN A COURT OF LAW THIS **21** DAY OF **JUNE** 2023 LEVORY HICKMON #746479

/S/ _____ L. Meyers CO/PNTXT

NOTARY NAME _____

/S/ _____

Certified copies provided to U.S. Attorney General Office, Washington D.C. 20530 and to each Defendant named above, etc.

P. ___ of ___

U.S. DISTRICT COURT, MIDDLE DIST. of FLA.
ORLANDO DIVISON

CASE # 6:06-CV-00656-JA-D.

LEVORY HICKMAN,
Plaintiff,,    EXHIBIT # 1

Vs.    CASE # 6:06-CV-00656-JA
       -DAB-
ERIC ALPERT, Chief Supervisory Special Agent
FoR The F.B.I., U.S. Dept. of JUSTICE, ET.AL.,

CLERK'S DIRECTIONS / INSTRUCTIONS...etc

I Hereby Directs The Clerk of Court To Send / or Forthwith Provide me With A Certified Copy of The Notice Filed on 2/11/2013 In This Case, And Return A Stamped Copy of All Correspondences...A.S.A.P.

Levory Hickmon # 746429
Dade C.I. 19000 SW 377th St.
Fla. City, Fla - 33034

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

463-2304-0074

Mail Number: _____
Team Number: _____
Institution: _____

EXHIBIT #2

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☑ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name: CEDRICK JONES | DC Number: 640843 | Quarters: F-2202 | Job Assignment: N/A | Date: 4/5 |
|---|---|---|---|---|---|

**REQUEST**  Check here if this is an informal grievance ☑

Concern my Health on 4-5-23 around 2:40pm I observe confinement orderly servicing the Drinks for lunch going inside the cooler with cup with the same pair of glove that there had oning pick up Trash. And mopping the floor and I notice just before I start to Drink out of the. Hair and Black spot inside the cup that is Unsanitary and you can get Hepatitis and matter of fact their service all the Drink that way going inside the cooler and make up the Drink once again that is Unsanitary why Do they have to take the top off the cooler to make up the Drink. And Talking all over the cooler as their are make up the Drink so could you please have them service it the right way and the more Healthy way Thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: 640843

Dade C.I.
Assistant Warden of Programs

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**  DATE RECEIVED: APR 06 2023  RECEIVED

Your grievance has been recieved, reviewed and evaluated.

Per Chapter 33-103.005 (2) (b) 1.
The act of asking questions or seeking information guidance, or assistance is not considered to be a grievance. Inmate inquiries improperly submitted as informal grievances shall be treated as inmate requests. Be advised, per grievance policy you cannot appeal the response.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Returned_. (Returned, Denied, or Approved) If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): J. Brown | Official (Signature): _____ | Date: 4/12/23 |
|---|---|---|

06H
Security

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)
Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

✓ EXHIBIT #3

✓ Third Party Grievance Alleging Sexual Abuse 2305-463-069

TO: ✓ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

HICKMON, LEVONY  746479  DADE C.I.
Last  First  Middle Initial  DC Number  Institution

Assistant Dade C.I.
Assistant Warden of Programs
MAY 11 2023

Part A – Inmate Grievance

PREA #24 AT DADE C.I., I AM 5/10/23 D/02
WARDEN QUINN GRIEVANCE
OF REPRISALS FROM FEDERAL
AGENTS IN J-DORM...SEE
ATTACHED GRIEVANCE #2210-
430-175...A. I HAVE BEEN RAPED
TOO MANY TIMES IN J3209 FOR
These AGENTS TO SAY THEY AREN'T
ACCESSORIES TO THESE RAPINGS
AS POLITE IN Cell J3207 ADMITTED
HE RAPED ME.. Louis Smith "RAPIST"
(5AM) 5-10-23 NURSE DIAMEO/SANTIAGO/Sgt PATTERSON

DATE  SIGNATURE OF GRIEVANT AND D.C.#

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
#  Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: _____
(Date)  (Received By)

13K

DISTRIBUTION:  INSTITUTION/FACILITY  CENTRAL OFFICE
  INMATE (2 Copies)  INMATE
  INMATE'S FILE  INMATE'S FILE - INSTITUTION/FACILITY
  INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
    CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)  Incorporated by Reference in Rule 33-103.006, F.A.C.



Levory Hickman #H6479 cell #J2207
DadeCorrectional Institution
19000 SW 377th Street
Fla. City, FL 33034
New case "Legal Mail"
As of JUNE 20/23

United Dyst.
Southern District of Fla
400 N. Miami Ave
Miami, FLA 33128

Legal Mail Received JUN 21 2023 Dade C.I.

MIAMI FL 330
22 JUN 2023 PM

