UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-22066-CIV-CANNON

**LEVORY HICKMON**,

    Plaintiff,

v.

**C.I.A. AGENT K. GARCIA-ORTIZ**, *et al.*,

    Defendants.

_____/

**ORDER TO DISMISS FOR FAILURE TO PROSECUTE
AND COMPLY WITH COURT ORDER**

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On June 5, 2023, the Court entered an order instructing Plaintiff to either pay the required $402.00 filing fee or file a motion for leave to proceed *in forma pauperis* by June 26, 2023 [ECF No. 5]. The Court warned that failure to pay the filing fee or file a motion to proceed *in forma pauperis* by the June 26, 2023, deadline would "result in dismissal of this case without further notice" [ECF No. 5 p. 2]. To date, Plaintiff has not paid the filing fee, filed a motion to proceed *in forma pauperis*, or requested additional time within which to do so. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court orders and/or prosecute this action. *See generally Hyler v. Reynolds Metal Co.*, 434 F.2d 1064, 1065 (5th Cir. 1970) ("It is well settled that a district court has inherent power to dismiss a case for failure to prosecute. . . ."); *see also* Fed. R. Civ. P. 41(b).

2. Plaintiff's pending Motion for Writ of Mandamus [ECF No. 10] is **DENIED AS MOOT**.

CASE NO. 23-22066-CIV-CANNON

3. The Clerk is ordered to **CLOSE** this case.

4. The Clerk **SHALL MAIL** a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 11th day of July 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:  **Levory Hickmon**
746479
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, Florida 33034
PRO SE